ALBANY,
Aug. 1833.

Leavitt
v.
Woods.

## LEAVITT *vs.* WOODS.

A plaintiff is not bound to accept a *relicta* and *cognovit* with a condition annexed that judgment shall not be entered thereon, until the term after the circuit at which the cause is noticed to be tried.

*August 8.*    A notice of trial was served in this cause on 25th *March*, for a circuit to be held on the second Monday of *June* thereafter.    On 16th May, the attorney for the defendant tendered to

---

the plaintiff's attorney a *relicta* and *cognovit*, with a *condition* annexed that judgment should not be entered until the then next *July term* of this court. The plaintiff's attorney refused to receive such *cognovit*, and at the June circuit brought the

cause to trial and obtained a verdict.   On the taxation of the costs, the defendant's attorney on the above facts objected to all the charges in the bill for proceedings at the circuit, and the taxing officer struck them out.   The plaintiff moved for a retaxation, and the motion was granted by the court, Mr. Justice SUTHERLAND presiding.